UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:04-CR-177-GMN-PAL |
| ) | |
| vs. ) | |
| ) | |
| SAM MAGZANYAN ) | |
| ) | |
| Defendant. ) | |

FILED / ENTERED
JAN 09 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#199) on August 29, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: DISCOVER CARD
Amount of Restitution: $2,599.99

Name of Payee: US BANK
Amount of Restitution: $8,153.42

Name of Payee: CITIBANK
Amount of Restitution: $2,606.97

Name of Payee: PEOPLES BANK
Amount of Restitution: $2,598.99

Name of Payee: COMMUNITY AMERICA CREDIT UNION
Amount of Restitution: $12,481.99

Name of Payee: COMMERCE BANK
Amount of Restitution: $17,733.67

Name of Payee: CAPITAL ONE (formerly Household Credit Services)
Amount of Restitution: $310.27

Name of Payee: GE CORP MASTERCARD
Amount of Restitution: $1,474.11

**Total Amount of Restitution ordered:** $47,959.41**
**Joint and Several with co-defendants.

Dated this \_\_\_\_5\_\_\_\_ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE